**WHOLE COURT**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.** **http://www.gaappeals.us/rules**

**September 27, 2017**

# In the Court of Appeals of Georgia

A15A2334. MAYOR AND CITY COUNCIL OF THE CITY OF RICHMOND HILL et al. v. MAIA.

ELLINGTON, Presiding Judge.

In *City of Richmond Hill v. Maia*, 301 Ga. 257 (800 SE2d 573) (2017), the Supreme Court of Georgia reversed Division 2 of our opinion in *Mayor & City Council of Richmond Hill v. Maia*, 336 Ga. App. 555 (784 SE2d 894) (2016), holding that Appellee cannot demonstrate proximate cause and that "Appellants were entitled to summary judgment in their favor." *City of Richmond Hill v. Maia*, 301 Ga. at 262 (2). Accordingly, we vacate Division 2 of our opinion and adopt the opinion of our Supreme Court as our own in place of that division.

*Judgment reversed. Dillard, C.J., Barnes, P.J., Ray, P.J., McMillian, Reese, and Bethel, JJ., concur.*